BEFORE THE THIRD DIVISION, APRIL 16, 1958

**No. 61835.**—Bloomingdale Bros., a div. of Fed. Dept. Stores, Inc. *v.* United States, protest 237578–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of decorated earthenware articles, composed of a non-vitrified absorbent body, the claim of the plaintiff was sustained.   Abstract 51831 followed.

**No. 61836.**—Samuel Shapiro & Co., Inc. *v.* United States, protest 234255–K (Baltimore).

Opinion by RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise consists of a mixture of sugar and water similar in all material respects to that the subject of *United States* v. *Jovita Perez et al.* (44 C. C. P. A. 35, C. A. D. 633), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 17, 1958

**No. 61837.**—Wilson & Co., Inc. *v.* United States, protests 203785–K, etc. (Laredo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.